UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONNA JEAN RATH,<br><br>              Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>              Defendant. | No. CV-05-0093-MWL<br><br>ORDER FOR STIPULATED REMAND |

    The parties have filed a stipulation for remand of the above captioned case to the Commissioner for further administrative proceedings. (Ct. Rec. 20).  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 6).

    After considering the stipulation, it is hereby ORDERED that the above-captioned case be remanded for further administrative proceedings.  Upon remand, the Administrative Law Judge ("ALJ") will further evaluate the nature and severity of Plaintiff's mental impairment(s) and its effects on her ability to perform work-related activities and, in doing so, will consult with a

///

///

ORDER FOR STIPULATED REMAND - 1

mental health medical expert.  The ALJ will make findings regarding the severity of Plaintiff's limitations in each of the functional areas specified in 20 C.F.R. §§ 404.1520a, 416.920a.  The ALJ will further consider the findings and opinions of Frank Rosekrans, Ph.D.  The ALJ will develop the record for any evidence showing that Plaintiff was diagnosed with, and treated with counseling for, bipolar disorder.  The ALJ will further evaluate Plaintiff's subjective complaints in accordance with Social Security Ruling 96-7p and pertinent case law.  In doing so, the ALJ will discuss Plaintiff's medication usage, its effectiveness and side effects, and her daily activities; and consider a psychological component to Plaintiff's complaints of pain.  The ALJ will consider whether Plaintiff's work as a receptionist and general clerk, and assembler produced sufficient earnings to constitute substantial gainful activity and, therefore, past relevant work.  The ALJ will further evaluate Plaintiff's ability to return to past relevant work, and, if necessary and appropriate, other work.  The ALJ will ascertain Plaintiff's date last insured.  In addition, the ALJ will consolidate Plaintiff's new applications with those being remanded and issue a new decision.

    The Court reverses the Commissioner's decision under sentence four of 42 U.S.C. 405(g) with a remand of the cause to the Commissioner for further proceedings.  *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

///

///

///

ORDER FOR STIPULATED REMAND - 2

**IT IS FURTHER ORDERED:** Judgment shall be entered for the **PLAINTIFF**. An application for attorney fees may be filed by separate motion. The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED this 10<u>th</u> day of November 2005.

                                         <u>S/ Michael W. Leavitt</u>
                                            MICHAEL W. LEAVITT
                                  UNITED STATE MAGISTRATE JUDGE